# TIFFANY & BOSCO
### P.A.

**SEVENTH FLOOR CAMELBACK ESPLANADE II**
**2525 EAST CAMELBACK ROAD**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**
Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
ljm@tblaw.com
Attorneys for Movant
23-04201

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Carol Kay Kluevein<br><br>             Debtor.<br>Freedom Mortgage Corporation<br><br>          Movant,<br>    vs.<br><br>Carol Kay Kluevein, Debtor; Russell Brown,<br>Trustee.<br><br>         Respondents. | Chapter 13<br><br>Case No. 2:23-bk-02168-DPC<br><br><br>**NOTICE OF FILING MOTION FOR**<br>**RELIEF FROM THE AUTOMATIC STAY**<br>**AND**<br>**REQUIREMENT TO FILE**<br><br><br>RE:  Real Property Located at<br>15032 W Yosemite Dr<br>Sun City West, AZ 85375 |

NOTICE IS HEREBY GIVEN that the above Movant has filed a motion requesting relief from the automatic stay, the details of which are as follows:

Movant asserts that Respondent has not provided Movant with adequate protection with respect to such property.  Therefore, Movant is entitled to an Order Lifting Stay with respect to such property.

FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 4001 if no objection is filed with the court and a copy served on Movant whose address is:

Freedom Mortgage Corporation
c/o Leonard J. McDonald, Esq.
Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016

WITHIN 14 DAYS of service of the motion, the motion for relief from the automatic stay may be granted without further hearing.

DATED this  August 11, 2023   .

TIFFANY & BOSCO, P.A.


By: /s/ Leonard J. McDonald #014228
    Mark S. Bosco
    Leonard J. McDonald
    Attorney for Movant

Copy of the foregoing was
mailed  August 11, 2023 , to:

Carol Kay Kluevein
15032 W Yosemite Dr
Sun City West AZ 85375
Debtor

Thomas Adams McAvity
4131 Main Street
Skokie, IL 60076-2780
Attorney for Debtor

Russell Brown
3838 N Central Ave
Ste 800
Phoenix, AZ  85012-1965
Trustee

By: Julie Bush